Max S. Sank, Bar No. 211587
msank@lcwlegal.com
Alison R. Kalinski, Bar No. 266705
akalinski@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045
Telephone:  310.981.2000
Facsimile:   310.337.0837

Attorneys for Defendant NEW ROADS SCHOOL

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY GERS, JENN GERS, and GLENN GERS,<br><br>Plaintiffs,<br><br>v.<br><br>NEW ROADS SCHOOL, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.:  2:19-cv-08003-ODW(Ex)<br><br>Complaint Filed: September 16, 2019<br>FAC Filed: February 26, 2020<br>SAC Filed: August 21, 2020<br><br>**DEFENDANT NEW ROADS SCHOOL'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. Proc. 7.1, Defendant New Roads School states that it does not have a parent corporation, and it is a nonprofit corporation and therefore has no stock.

Dated:  October 5, 2020                                  *Liebert Cassidy Whitmore*


                                                           By:  */s/ Alison R. Kalinski*
                                                                  Max S. Sank
                                                                  Alison R. Kalinski
                                                                  Attorneys for Defendant NEW ROADS SCHOOL

1

Defendant New Roads School's Corporate Disclosure Statement

9410410.1 NE070-013